by the plaintiffs, in addition to the two bonds submitted by the plaintiffs totalling the sum of $10,000. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS NIRENBERG and Another v. BENJAMIN ROBINSON, Trading, etc.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Dr. LOUIS S. LONDON v. Dr. FRITZ WITTELS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

T. D. DOWNING & CO., INC., v. LAWRENCE R. FAY, Impleaded with DANIEL McLAREN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL BRINKMAN.— Motion granted, the defendant's time in which to file the record on appeal extended to and including August 1, 1929, the time to file appellant's points extended to and including September 1, 1929, and appeal to be noticed for argument for October 30, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES ROSENTHAL v. PARK RIVER HOLDING CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RENEE LIDDLE.— Motion granted, and the time of the appellant within which to serve and file the appellant's points extended to and including August 22, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WOOD.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAURENCE S. HAYNES v. CLARKE D. PEASE, INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAURENCE S. HAYNES v. CLARKE D. PEASE, INC., Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MYLES REALTY COMPANY for an Order Directing that Arbitration Provided for in the Certain Contract in Writing Entered into between the Petitioner and VINCENT VERRATTI, Doing Business, etc., Proceed Pursuant to Provisions Thereof and the Arbitration Law.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETTA C. BURBIDGE v. ACIERNO AMUSEMENT CORPORATION and Another, Impleaded, etc.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARMOUR AND COMPANY v. DAVID MAYER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KLEIN's RAPID SHOE REPAIR CO., INC., v. SHEPPARDEL REALTY CO., INC., Impleaded with 120–122 EAST 14TH STREET CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARBARA SPRING v. HERTS BROTHERS COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.